IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RONES SAGESSE,**

    **Plaintiff,**

**v.**                                                                                 **Case No. 1:20-cv-238-AW-GRJ**

**WARDEN MILTON HICKS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 14, 2022 Report and Recommendation, to which there has been no objection. ECF No. 58.

I conclude the magistrate judge is correct: the summary judgment motion should be denied. There is a dispute about the facts. Accepting Plaintiff's version—as I must at this stage—I cannot grant summary judgment for Defendants.

The Report and Recommendation (ECF No. 58) is adopted and incorporated into this order. The summary judgment motion (ECF No. 53) is DENIED.

SO ORDERED on May 26, 2022.

                                                         s/ *Allen Winsor*
                                                         United States District Judge